1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  J. MARK KANG (NYBN 4033999)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7050
7      Facsimile: (415) 436-7234
       E-Mail: Mark.Kang@usdoj.gov
8
   Attorneys for the United States of America
9

10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. CR12-0330 RS
                                     )
15         Plaintiff,                )
                                     )
16      v.                           )   **STIPULATION AND [PROPOSED]**
    EUSEBIO PRUDENTE MAGALLON,       )   **ORDER EXCLUDING TIME UNDER 18**
17  a/k/a Marco Antonio Gutierrez,   )   **U.S.C. § 3161**
    a/k/a Marco Antonio Suastegui,   )
18  a/k/a Eusebio Magallon Prudente, )
    a/k/a Magallon Prudente Eusebio, )
19  a/k/a Eusebio Prudente,          )
    a/k/a Marco Magallon Roque,      )
20                                   )
           Defendant.                )
21                                   )

22

23      On July 24, 2012, the parties in this case appeared before the Court. At that time, the

24  Court set the matter to August 7, 2012. The parties have agreed to exclude the period of time

25  between July 24, 2012 and August 7, 2012 from any time limits applicable under 18 U.S.C. §

26  3161. The parties represented that granting the exclusion would allow the reasonable time

27  necessary for effective preparation of counsel and for the continuity of counsel. *See* 18 U.S.C. §

28  3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0330 RS

1  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18
2  U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.
3  SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

7  DATED: July 25, 2012          _____/s/_____
                        J. MARK KANG
                        Special Assistant United States Attorney

10  DATED: July 25, 2012          _____/s/_____
                        SHAWN HALBERT
                        Attorney for EUSEBIO PRUDENTE MAGALLON

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0330 RS

1                                    [~~PROPOSED~~] ORDER

2       For the reasons stated above and at the July 24, 2012 hearing, the Court finds that the
3 exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 24,
4 2012 through August 7, 2012 is warranted and that the ends of justice served by the continuance
5 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
6 §3161(h)(7)(A). Denying the requested exclusion of time would deprive the defendant the
7 continuity of counsel and the parties the reasonable time necessary for effective preparation,
8 taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

9

10

11       IT IS SO ORDERED.

12

13

14

15 DATED: 7/25/12                                        _____
16                                           THE HONORABLE RICHARD SEEBORG
                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0330 RS